Entered on Docket
May 26, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-72021 / 0145523551

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK-S-09-14369-lbr |
|---|---|
| Jerry Nathaniel Brooks | Date: 5/6/09<br>Time: 10:30am |
|  | Chapter 7 |
| Debtor. |  |

## ORDER VACATING AUTOMATIC STAY

1

2   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

3   above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

4   Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

5   property, generally described as 4759 El Presidente Drive, Las Vegas, NV 89129.

6   IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall

7   give Debtors and Trustee at least five business days' notice of the time, place and date of sale.

8   DATED this 18th day of May 2009

9   Submitted by:
10  **WILDE & ASSOCIATES**

11
12  By  K. Ashcroft  #10235
    GREGORY L. WILDE, ESQ.
13  Attorney for Secured Creditor
    208 South Jones Boulevard
14  Las Vegas, Nevada 89107

15  APPROVED / DISAPPROVED

16
    _____
17  Stefanie Clement
    9960 W. Cheyenne
18  Suite 190
    Las Vegas, NV 89129
19  Attorney for Debtor(s)

20
    APPROVED / DISAPPROVED
21

22  _____
    Yvette Weinstein
23  6450 Spring Mtn. Rd. #14
    Las Vegas, NV 89146
24  Chapter 7 Trustee

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case

\_x\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

### (List Parties)

Debtor's counsel:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or     \_x\_\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ Opposition filed and withdrawn by Debtor's counsel

Trustee:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or     \_x\_\_ failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or     \_\_\_\_ failed to respond to the document

Submitted by:
/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor